# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LINDA GOETZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-3283 |
| | ) | |
| THE CITY OF SPRINGFIELD, ILLINOIS, | ) | |
| a municipal corporation, GREG SEIPEL, | ) | |
| JAY C. BARTLETT, TODD RENFROW | ) | |
| and TIMOTHY J. DAVLIN, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF INTEREST

COMES NOW James P. Baker, counsel of record for the Plaintiff, Linda Goetz, and furnishes the following list in compliance with Rule 1.6(E) of this Court.

1.  That the full name of the Plaintiff is Linda Goetz.

2.  That the Plaintiff is not a corporation.

3.  That the law office of Baker, Baker & Krajewski LLC is the law office representing the Plaintiff.  James P. Baker is the attorney of record in the above captioned proceeding.

By:     s/ James P. Baker
      James P. Baker
      Bar Number: 0097802
      Baker, Baker & Krajewski, LLC
      415 South Seventh Street
      Springfield, Illinois 62701
      Telephone: (217) 522-3445
      Facsimile: (217) 522-8234
      E-mail: carenbakerlaw@sbcglobal.net

  November 27, 2006
    DATE