AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

LINDA GOETZ,
Plaintiff,

V.

THE CITY OF SPRINGFIELD, ILLINOIS, a
municipal corporation, GREG SEIPEL,
JAY C. BARTLETT, TODD RENFROW,
and TIMOTHY J. DAVLIN,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-3283

TO: (Name and address of Defendant)

City of Springfield, Illinois
c/o Cecilia Tumulty
City Clerk
Municipal Center West, Room 106, 300 South Seventh Street
Springfield, Illinois 62701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES P. BAKER
Baker, Baker & Krajewski LLC
415 South Seventh Street
Springfield, Illinois 62701

an answer to the complaint which is herewith served upon you, within ____60X 20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                November 30, 2006
CLERK                                           DATE

s/M. Stewart
(By) DEPUTY CLERK