AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL  District of  ILLINOIS

LINDA GOETZ,
Plaintiff,

V.

THE CITY OF SPRINGFIELD, ILLINOIS, a
municipal corporation, GREG SEIPEL,
JAY C. BARTLETT, TODD RENFROW,
and TIMOTHY J. DAVLIN,
Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-3283

TO: (Name and address of Defendant)

City of Springfield, Illinois
c/o Cecilia Tumulty
City Clerk
Municipal Center West, Room 106, 300 South Seventh Street
Springfield, Illinois 62701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES P. BAKER
Baker, Baker & Krajewski LLC
415 South Seventh Street
Springfield, Illinois 62701

an answer to the complaint which is herewith served upon you, within ___20___ ~~60~~ ___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_John M. Waters_
CLERK

_M. Stewart_
(By) DEPUTY CLERK

_November 30, 2006_
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *November 30, 2006* |
| NAME OF SERVER *(PRINT)* *Caren Mansfield* | TITLE *Paralegal* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): *left with Dottie Washington, duly authorized representative of City Clerk*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *November 30, 2006*
Date

*Caren Mansfield*
Signature of Server

*P O Box 265, Mechanicsburg, Il*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.