IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LINDA GOETZ, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 06-CV-3283 |
| | ) |
| THE CITY OF SPRINGFIELD, ILLINOIS, | ) |
| a municipal corporation, GREG SEIPEL, | ) |
| JAY C. BARTLETT, TODD RENFROW, | ) |
| and TIMOTHY J. DAVLIN, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

**NOW COMES,** Frank Martinez, Assistant Corporation Counsel and enters his appearance on behalf of the Defendants, the City of Springfield, Illinois, Greg Seipel, Jay C. Bartlett, Todd Renfrow, and Timothy J. Davlin.

/s/ Frank Martinez
Assistant Corporation Counsel

**Jenifer L. Johnson**
**Corporation Counsel**
**Frank Martinez**
**Assistant Corporation Counsel**
**Room 313, Municipal Center East**
**800 East Monroe Street**
**Springfield, Illinois 62701**
**Telephone: (217) 789-2393**
**Fax Number: (217) 789-2397**