E-FILED
Wednesday, 20 December, 2006  03:23:06 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LINDA GOETZ, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 06-CV-3283 |
| | ) |
| THE CITY OF SPRINGFIELD, ILLINOIS, | ) |
| a municipal corporation, GREG SEIPEL, | ) |
| JAY C. BARTLETT, TODD RENFROW, | ) |
| and TIMOTHY J. DAVLIN, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO THE COMPLAINT**

NOW COME the Defendants, the City of Springfield, Illinois, Greg Seipel, Jay C. Bartlett, Todd Renfrow and Timothy J. Davlin, by and through their attorneys, Jenifer L. Johnson, Corporation Counsel, and Frank Martinez, Assistant Corporation Counsel, and move to extend time to file a responsive pleading to the Compliant.  In support of this Motion, the Defendants state as follows:

1. The City of Springfield was served and summoned to provide an Answer to the Complaint on November 30, 2006.

2. Responsive pleading to the Complaint is due on or before December 20, 2006.

3. The other Defendants in this matter have received Waiver of Service for Summons and will be executing said waiver in the near future.

4. A fully executed Waiver of Service of Summons would require the Defendants other than the City of Springfield to file a responsive pleading to the Complaint on or before February 8, 2007.

5. The City seeks leave that the Court would allow it to file a responsive pleading to the Complaint on or before February 8, 2007.

6. Plaintiff's counsel has no objection to this motion and is agreeable that all Defendants file a responsive pleading to the Complaint on or before February 8, 2007.

7. The Plaintiff will not be prejudiced by the extension of time to file a responsive pleading to the Complaint.

**WHEREFORE**, Defendants pray this Court grants the City of Springfield, Illinois, leave to file a responsive pleading to the Complaint on or before February 8, 2007, and any other relief the Court deems just.

**Respectfully submitted,
THE CITY OF SPRINGFIELD, ILLINOIS, GREG SEIPEL, JAY C. BARTLETT, TODD RENFROW, and TIMOTHY J. DAVLIN, Defendants.**

s/Frank Martinez
Bar Number: 6225562
Assistant Corporation Counsel
Attorney for the Defendants
800 East Monroe Street
Room 313, Municipal Center East
Springfield, Illinois 62701-1680
Telephone:  (217) 789-2393
Facsimile:   (217) 789-2397

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LINDA GOETZ, )<br>)<br>Plaintiff, )<br>vi. )<br>)<br>THE CITY OF SPRINGFIELD, ILLINOIS, )<br>a municipal corporation, GREG SEIPEL, )<br>JAY C. BARTLETT, TODD RENFROW, )<br>and TIMOTHY J. DAVLIN, )<br>)<br>Defendants. ) | CASE NO. 06-CV-3283 |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2006, I electronically filed **MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO THE COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James P. Baker; and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: n/a

                              **s/Frank Martinez**
                              Bar Number 6225562
                              Attorney for Defendants
                              City of Springfield
                              Assistant Corporation Counsel
                              Room 313 Municipal Center East
                              800 East Monroe Street
                              Springfield, Illinois 62701-1689
                              Telephone:   (217) 789-2393
                              Fax:             (217) 789-2397
                              Email:          corporationcounsel@cwlp.com

4