IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LINDA GOETZ, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 06-CV-3283 |
| | ) |
| THE CITY OF SPRINGFIELD, ILLINOIS, | ) |
| a municipal corporation, GREG SEIPEL, | ) |
| JAY C. BARTLETT, TODD RENFROW, | ) |
| and TIMOTHY J. DAVLIN, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

**NOW COMES,** Jenifer Lynn Johnson, Corporation Counsel and enters her appearance on behalf of the Defendants, the City of Springfield, Illinois, Greg Seipel, Jay C. Bartlett, Todd Renfrow, and Timothy J. Davlin.

/s/ Jenifer Lynn Johnson
**Corporation Counsel**

**Jenifer L. Johnson
Corporation Counsel
Room 313, Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701
Telephone: (217) 789-2393
Fax Number: (217) 789-2397**