IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LINDA GOETZ, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 06-CV-3283 |
| | ) |
| THE CITY OF SPRINGFIELD, ILLINOIS, | ) |
| a municipal corporation, GREG SEIPEL, | ) |
| JAY C. BARTLETT, TODD RENFROW, | ) |
| and TIMOTHY J. DAVLIN, | ) |
| | ) |
| Defendants. | ) |

### SECOND MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO THE COMPLAINT

NOW COME the Defendants, the City of Springfield, Illinois, Greg Seipel, Jay C. Bartlett, Todd Renfrow and Timothy J. Davlin, by and through their attorneys, Jenifer L. Johnson, Corporation Counsel, and Frank Martinez, Assistant Corporation Counsel, and move to extend time to file a responsive pleading to the Compliant.  In support of this Motion, the Defendants state as follows:

1. The City of Springfield and the above-named defendants were served and summoned to provide an Answer to the Complaint.

2. Responsive pleading to the Complaint is due on or before February 8, 2007, by a previous order of this Court.

3. The Complaint contains eleven counts and involves five defendants that will require additional time in formulating a responsive pleading.

4. The City and the above-named defendants seek leave that the Court would allow them to file a responsive pleading to the Complaint on or before February 14, 2007.

5. Plaintiff's counsel has no objection to this motion and is agreeable that all Defendants file a responsive pleading to the Complaint on or before February 14, 2007.

6. The Plaintiff will not be prejudiced by the extension of time to file a responsive pleading to the Complaint.

**WHEREFORE**, Defendants pray this Court grants the Defendants leave to file a responsive pleading to the Complaint on or before February 14, 2007, and any other relief the Court deems just.

**Respectfully submitted,
THE CITY OF SPRINGFIELD, ILLINOIS, GREG SEIPEL, JAY C. BARTLETT, TODD RENFROW, and TIMOTHY J. DAVLIN,
Defendants.**

s/Frank Martinez
Bar Number: 6225562
Assistant Corporation Counsel
Attorney for the Defendants
800 East Monroe Street
Room 313, Municipal Center East
Springfield, Illinois 62701-1680
Telephone: (217) 789-2393
Facsimile: (217) 789-2397

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LINDA GOETZ, )<br>)<br>      Plaintiff, )<br>  vi. )<br>)<br>THE CITY OF SPRINGFIELD, ILLINOIS, )<br>a municipal corporation, GREG SEIPEL, )<br>JAY C. BARTLETT, TODD RENFROW, )<br>and TIMOTHY J. DAVLIN, )<br>)<br>      Defendants. ) | CASE NO. 06-CV-3283 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 7, 2007, I electronically filed **SECOND MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO THE COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James P. Baker; and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: n/a

                                    **s/Frank Martinez**
                                    Bar Number 6225562
                                    Attorney for Defendants
                                    City of Springfield
                                    Assistant Corporation Counsel
                                    Room 313 Municipal Center East
                                    800 East Monroe Street
                                    Springfield, Illinois 62701-1689
                                    Telephone:  (217) 789-2393
                                    Fax:         (217) 789-2397
                                    Email:      corporationcounsel@cwlp.com