E-FILED
Wednesday, 28 February, 2007  04:11:47 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LINDA GOETZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-3283 |
| | ) |
| THE CITY OF SPRINGFIELD, ILLINOIS, | ) |
| a municipal corporation, GREG SEIPEL, | ) |
| JAY C. BARTLETT, TODD RENFROW | ) |
| and TIMOTHY J. DAVLIN, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME**

COMES NOW the Plaintiff, Linda Goetz, by and through her attorney, James P. Baker, and respectfully requests an extension of time to and including March 19, 2007 within which to submit her response to the Defendants' motion to dismiss. In support of this motion the Plaintiff, Linda Goetz, states the following:

1. That the Plaintiff's response to the Defendants' motion to dismiss is owing March 5, 2007.

2. That counsel for the Plaintiff has had the following commitments which have precluded completing the Plaintiff's response to the Defendants' motion to dismiss by March 5, 2007 which include, but are not limited to, the following: a) preparation for and participation in a mediation in the matter *Curry v. Grinnell* on March 20, 2007; b) preparation for and participation in a hearing before the Illinois Civil Service Commission on February 21, 2007 in the matter *Department of Corrections v. White;* c) preparation for and participation in a deposition on

February 22, 2007 in the matter *Crossin v. City of Athens, Illinois et.al.* pending before the United States District Court for the Central District of Illinois; d) preparation for and participation in a deposition on February 26, 2007 in the matter *Akande v. Grounds et.al.* Pending before the United States District Court for the Southern District of Illinois; e) preparation for and participation in a deposition on February 27, 2007 in the matter *Crossin v. City of Athens, Illinois et.al.* pending before the United States District Court for the Central District of Illinois; and f) various professional meetings, conferences and appointments which were previously scheduled.

3. That counsel for the Plaintiff will be out of his office from March 1, 2007 to March 5, 2007 on a previously scheduled holiday.

4. That counsel for the Defendants does not object to this request.

WHEREFORE, the Plaintiff, Linda Goetz, respectfully requests that she be allowed to and including March 19, 2007 to submit her response to the Defendants' motion to dismiss.

LINDA GOETZ
By:    s/ James P. Baker
Attorney for Plaintiff
James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
E-mail: carenbakerlaw@sbcglobal.net

## CERTIFICATE OF SERVICE

   I hereby certify that on February 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Office of Corporation Counsel
Jenifer Johnson
Frank Martinez
Room 313, Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701

                By: s/ James P. Baker
                James P. Baker
                Bar Number: 0097802
                Baker, Baker & Krajewski, LLC
                415 South Seventh Street
                Springfield, Illinois 62701
                Telephone: (217) 522-3445
                Facsimile: (217) 522-8234
                E-mail: carenbakerlaw@sbcglobal.net