**E-FILED**
Wednesday, 14 November, 2007  04:35:27 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LINDA GOETZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 06-CV-3283 |
| | ) | |
| THE CITY OF SPRINGFIELD, ILLINOIS, | ) | |
| a municipal corporation, GREG SEIPEL, | ) | |
| JAY C. BARTLETT, TODD RENFROW, | ) | |
| and TIMOTHY J. DAVLIN, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER

**NOW COME** Defendants, City of Springfield, Illinois, *et al.,* by and through their attorneys Jenifer L. Johnson, Corporation Counsel, and Frank Martinez, Assistant Corporation Counsel, and move this Court for an extension of time to file an Answer.  In support of this Motion, Defendants state as follows:

1.    The deadline for filing an Answer is November 15, 2007.

2.    Attorney Martinez has been unable to meet with all his clients because Defendant Bartlett has been unavailable due to the recent explosion at the Dallman Power Plant requiring his attention to the aftermath of said incident.

3.    Defendant Bartlett has temporarily established an office at the Dallman Power Plant to attend to the needs of the Utility since the explosion on November 10, 2007, and plans to continue to do so into next week.

3.      Attorney Martinez would like additional time to meet with Defendant Bartlett and obtain his input regarding the Answer.

4.      Attorney Martinez desires an extension of the deadline for filing the Answer to and including November 28, 2007.

5.      This case involves a Complaint with numerous allegations and counts against each Defendant.

7.      Counsel for Defendants has conferred with counsel for the Plaintiff in regard to this extension request and has been informed that Plaintiff has no objection to such request or the date of the extension.

8.      This request for additional time is not made for any improper purpose such as to delay trial or to increase costs in this matter.

**WHEREFORE**, Defendants move this Court for an order allowing them until November 28, 2007, to file their Answer and for any other relief the Court deems just.

> **RESPECTFULLY SUBMITTED,**
> **s/Frank Martinez**
> Bar Number 6225562
> Attorney for Defendants
> Assistant Corporation Counsel
> Room 313 Municipal Center East
> 800 East Monroe Street
> Springfield, Illinois 62701-1689
> Telephone:  (217) 789-2393
> Fax:          (217) 789-2397
> Email:        corporationcounsel@cwlp.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| LINDA GOETZ, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| vi. | ) | **CASE NO. 06-CV-3283** |
| | ) | |
| THE CITY OF SPRINGFIELD, ILLINOIS, | ) | |
| a municipal corporation, GREG SEIPEL, | ) | |
| JAY C. BARTLETT, TODD RENFROW, | ) | |
| and TIMOTHY J. DAVLIN, | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2007, I electronically filed **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James P. Baker; and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: n/a

> **s/Frank Martinez**
> Bar Number 6225562
> Attorney for Defendants
> City of Springfield
> Assistant Corporation Counsel
> Room 313 Municipal Center East
> 800 East Monroe Street
> Springfield, Illinois 62701-1689
> Telephone:  (217) 789-2393
> Fax:         (217) 789-2397
> Email:        corporationcounsel@cwlp.com