**E-FILED**
Wednesday, 28 November, 2007  10:21:51 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **LINDA GOETZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO. 06-CV-3283** |
| | ) | |
| **THE CITY OF SPRINGFIELD, ILLINOIS,** | ) | |
| **a municipal corporation, GREG SEIPEL,** | ) | |
| **JAY C. BARTLETT, TODD RENFROW,** | ) | |
| **and TIMOTHY J. DAVLIN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ANSWER</u>

**NOW COME** Defendants, by and through their attorneys, Jenifer L. Johnson, Corporation Counsel, and Frank Martinez, Assistant Corporation Counsel, and for their Answer, state as follows:

### COUNT I

1.    Defendants deny the allegations contained in paragraph 1 of Plaintiff's Complaint.

2.    Defendants admit the allegations contained in paragraph 2 of the Plaintiff's Complaint.

3.    Defendants deny the allegations contained in paragraph 3 of the Plaintiff's Complaint.

4.    Defendants deny the allegations contained in paragraph 4 of the Plaintiff's Complaint.

5.    Defendants admit the allegations contained in paragraph 5 of the Plaintiff's Complaint.

6.    Defendants admit the allegations contained in paragraph 6 of the Plaintiff's Complaint.

7.    Defendants admit the allegations contained in paragraph 7 of the Plaintiff's Complaint.

8.    Defendants deny the allegations contained in paragraph 8 of the Plaintiff's Complaint.

9.    Defendants deny the allegations contained in paragraph 9 of the Plaintiff's Complaint.

10.    Defendants deny the allegations contained in paragraph 10 of the Plaintiff's Complaint.

11.    Defendants can neither admit nor deny, having insufficient knowledge as to facts alleged therein.

12.    Defendants deny the allegations contained in paragraph 12 of the Plaintiff's Complaint.

13.    Defendants admit the allegations contained in paragraph 13 of the Plaintiff's Complaint.

14.    Defendants deny the allegations contained in paragraph 14 of the Plaintiff's Complaint.

15.    Defendants deny the allegations contained in paragraph 15 of the Plaintiff's Complaint.

16.    Defendants deny the allegations contained in paragraph 16 of the Plaintiff's Complaint.

17.     Defendants deny the allegations contained in paragraph 17 of the Plaintiff's Complaint.

18.     Defendants admit the allegations contained in paragraph 18 of the Plaintiff's Complaint.

19.     Defendants admit the allegations contained in paragraph 19 of the Plaintiff's Complaint.

20.     Defendants deny the allegations contained in paragraph 20 of the Plaintiff's Complaint.

21.     Defendants admit the allegations contained in paragraph 21 of the Plaintiff's Complaint.

22.     Defendants admit the allegations contained in paragraph 22 of the Plaintiff's Complaint.

23.     Defendants deny the allegations contained in paragraph 23 of the Plaintiff's Complaint.

24.     Defendants deny the allegations contained in paragraph 24 of the Plaintiff's Complaint.

25.     Defendants deny the allegations contained in paragraph 25 of the Plaintiff's Complaint.

## **COUNT I**

1-25. Defendants reallege and incorporate their answers to paragraph 1-25 as their answer to these paragraphs.

26.     Defendants admit the allegations contained in paragraph 26 of the Plaintiff's Complaint.

3

27.    Defendants admit the allegations contained in paragraph 27 of the Plaintiff's Complaint.

28.    Defendants deny the allegations contained in paragraph 28 of the Plaintiff's Complaint.

29.    Defendants deny the allegations contained in paragraph 29 of the Plaintiff's Complaint.

**WHEREFORE**, Defendants pray this Court will enter judgment in favor of Defendants and for such other relief as is just and equitable.

## COUNT II

1-25.    Defendants reallege and incorporate their answers to paragraph 1-25 as their answer to these paragraphs.

26.    Defendants deny the allegations contained in paragraph 26 of the Plaintiff's Complaint.

27.    Defendants deny the allegations contained in paragraph 27 of the Plaintiff's Complaint.

28.    Defendants deny the allegations contained in paragraph 28 of the Plaintiff's Complaint.

29.    Defendants deny the allegations contained in paragraph 29 of the Plaintiff's Complaint.

**WHEREFORE**, Defendants pray this Court will enter judgment in favor of Defendants and for such other relief as is just and equitable.

## COUNT III

4

1-25. Defendants reallege and incorporate their answers to paragraph 1-25 as their answer to these paragraphs.

26.     Defendants deny the allegations contained in paragraph 26 of the Plaintiff's Complaint.

27.     Defendants deny the allegations contained in paragraph 27 of the Plaintiff's Complaint.

28.     Defendants deny the allegations contained in paragraph 28 of the Plaintiff's Complaint.

29.     Defendants deny the allegations contained in paragraph 29 of the Plaintiff's Complaint.

**WHEREFORE**, Defendants pray this Court will enter judgment in favor of Defendants and for such other relief as is just and equitable.

## <u>COUNT IV</u>

1-25. Defendants reallege and incorporate their answers to paragraph 1-25 as their answer to these paragraphs.

26.     Defendants deny the allegations contained in paragraph 26 of the Plaintiff's Complaint.

27.     Defendants deny the allegations contained in paragraph 27 of the Plaintiff's Complaint.

28.     Defendants deny the allegations contained in paragraph 28 of the Plaintiff's Complaint.

29.     Defendants deny the allegations contained in paragraph 29 of the Plaintiff's Complaint.

**WHEREFORE**, Defendants pray this Court will enter judgment in favor of Defendants and for such other relief as is just and equitable.

<u>**COUNT V**</u>

1-25. Defendants reallege and incorporate their answers to paragraph 1-25 as their answer to these paragraphs.

26.    Defendants deny the allegations contained in paragraph 26 of the Plaintiff's Complaint.

27.    Defendants deny the allegations contained in paragraph 27 of the Plaintiff's Complaint.

28.    Defendants deny the allegations contained in paragraph 28 of the Plaintiff's Complaint.

29.    Defendants deny the allegations contained in paragraph 29 of the Plaintiff's Complaint.

**WHEREFORE**, Defendants pray this Court will enter judgment in favor of Defendants and for such other relief as is just and equitable.

<u>**COUNT VI**</u>

1-25. Defendants reallege and incorporate their answers to paragraph 1-25 as their answer to these paragraphs.

26.    Defendants deny the allegations contained in paragraph 26 of the Plaintiff's Complaint.

27.    Defendants deny the allegations contained in paragraph 27 of the Plaintiff's Complaint.

28.    Defendants deny the allegations contained in paragraph 28 of the Plaintiff's Complaint.

29.    Defendants deny the allegations contained in paragraph 29 of the Plaintiff's Complaint.

30.    Defendants deny the allegations contained in paragraph 30 of the Plaintiff's Complaint.

**WHEREFORE**, Defendants pray this Court will enter judgment in favor of Defendants and for such other relief as is just and equitable.

## COUNT VII

1-25.  Defendants reallege and incorporate their answers to paragraph 1-25 as their answer to these paragraphs.

26.    Defendants deny the allegations contained in paragraph 26 of the Plaintiff's Complaint.

27.    Defendants admit the allegations contained in paragraph 27 of the Plaintiff's Complaint.

28.    Defendants deny the allegations contained in paragraph 28 of the Plaintiff's Complaint.

29.    Defendants deny the allegations contained in paragraph 29 of the Plaintiff's Complaint.

30.    Defendants deny the allegations contained in paragraph 30 of the Plaintiff's Complaint.

31.    Defendants deny the allegations contained in paragraph 31 of the Plaintiff's Complaint.

32.    Defendants deny the allegations contained in paragraph 32 of the Plaintiff's Complaint.

33.    Defendants deny the allegations contained in paragraph 33 of the Plaintiff's Complaint.

34.    Defendants deny the allegations contained in paragraph 34 of the Plaintiff's Complaint.

35.    Defendants deny the allegations contained in paragraph 35 of the Plaintiff's Complaint.

36.    Defendants deny the allegations contained in paragraph 36 of the Plaintiff's Complaint.

37.    Defendants deny the allegations contained in paragraph 37 of the Plaintiff's Complaint.

**WHEREFORE**, Defendants pray this Court will enter judgment in favor of Defendants and for such other relief as is just and equitable.

## COUNT VIII

1-25. Defendants reallege and incorporate their answers to paragraph 1-25 as their answer to these paragraphs.

26.    Defendants deny the allegations contained in paragraph 26 of the Plaintiff's Complaint.

27.    Defendants admit the allegations contained in paragraph 27 of the Plaintiff's Complaint.

28.    Defendants deny the allegations contained in paragraph 28 of the Plaintiff's Complaint.

29.    Defendants deny the allegations contained in paragraph 29 of the Plaintiff's Complaint.

30.    Defendants deny the allegations contained in paragraph 30 of the Plaintiff's Complaint.

31.    Defendants deny the allegations contained in paragraph 31 of the Plaintiff's Complaint.

32.    Defendants deny the allegations contained in paragraph 32 of the Plaintiff's Complaint.

33.    Defendants deny the allegations contained in paragraph 33 of the Plaintiff's Complaint.

34.    Defendants deny the allegations contained in paragraph 34 of the Plaintiff's Complaint.

35.    Defendants deny the allegations contained in paragraph 35 of the Plaintiff's Complaint.

36.    Defendants deny the allegations contained in paragraph 36 of the Plaintiff's Complaint.

37.    Defendants deny the allegations contained in paragraph 37 of the Plaintiff's Complaint.

**WHEREFORE**, Defendants pray this Court will enter judgment in favor of Defendants and for such other relief as is just and equitable.

## **COUNT IX**

1-25. Defendants reallege and incorporate their answers to paragraph 1-25 as their answer to these paragraphs.

26.    Defendants deny the allegations contained in paragraph 26 of the Plaintiff's Complaint.

27.    Defendants admit the allegations contained in paragraph 27 of the Plaintiff's Complaint.

28.    Defendants deny the allegations contained in paragraph 28 of the Plaintiff's Complaint.

29.    Defendants deny the allegations contained in paragraph 29 of the Plaintiff's Complaint.

30.    Defendants deny the allegations contained in paragraph 30 of the Plaintiff's Complaint.

31.    Defendants deny the allegations contained in paragraph 31 of the Plaintiff's Complaint.

32.    Defendants deny the allegations contained in paragraph 32 of the Plaintiff's Complaint.

33.    Defendants deny the allegations contained in paragraph 33 of the Plaintiff's Complaint.

34.    Defendants deny the allegations contained in paragraph 34 of the Plaintiff's Complaint.

35.    Defendants deny the allegations contained in paragraph 35 of the Plaintiff's Complaint.

36.    Defendants deny the allegations contained in paragraph 36 of the Plaintiff's Complaint.

37.     Defendants deny the allegations contained in paragraph 36 of the Plaintiff's Complaint.

**WHEREFORE**, Defendants pray this Court will enter judgment in favor of Defendants and for such other relief as is just and equitable.

<u>**COUNT X**</u>

1-25. Defendants reallege and incorporate their answers to paragraph 1-25 as their answer to these paragraphs.

26.     Defendants deny the allegations contained in paragraph 26 of the Plaintiff's Complaint.

27.     Defendants admit the allegations contained in paragraph 27 of the Plaintiff's Complaint.

28.      Defendants deny the allegations contained in paragraph 28 of the Plaintiff's Complaint.

29.     Defendants deny the allegations contained in paragraph 29 of the Plaintiff's Complaint.

30.     Defendants deny the allegations contained in paragraph 30 of the Plaintiff's Complaint.

31.     Defendants deny the allegations contained in paragraph 31 of the Plaintiff's Complaint.

32.     Defendants deny the allegations contained in paragraph 32 of the Plaintiff's Complaint.

33.     Defendants deny the allegations contained in paragraph 33 of the Plaintiff's Complaint.

34.    Defendants deny the allegations contained in paragraph 34 of the Plaintiff's Complaint.

35.    Defendants deny the allegations contained in paragraph 35 of the Plaintiff's Complaint.

36.    Defendants deny the allegations contained in paragraph 36 of the Plaintiff's Complaint.

37.    Defendants deny the allegations contained in paragraph 36 of the Plaintiff's Complaint.

**WHEREFORE**, Defendants pray this Court will enter judgment in favor of Defendants and for such other relief as is just and equitable.

<u>**COUNT XI**</u>

1-25. Defendants reallege and incorporate their answers to paragraph 1-25 as their answer to these paragraphs.

26.    Defendants deny the allegations contained in paragraph 26 of the Plaintiff's Complaint.

27.    Defendants deny the allegations contained in paragraph 27 of the Plaintiff's Complaint.

28.     Defendants admit the allegations contained in paragraph 28 of the Plaintiff's Complaint.

29.    Defendants deny the allegations contained in paragraph 29 of the Plaintiff's Complaint.

30.    Defendants deny the allegations contained in paragraph 30 of the Plaintiff's Complaint.

31.    Defendants deny the allegations contained in paragraph 31 of the Plaintiff's Complaint.

32.    Defendants deny the allegations contained in paragraph 32 of the Plaintiff's Complaint.

33.    Defendants deny the allegations contained in paragraph 33 of the Plaintiff's Complaint.

34.    Defendants deny the allegations contained in paragraph 34 of the Plaintiff's Complaint.

35.    Defendants deny the allegations contained in paragraph 35 of the Plaintiff's Complaint.

36.    Defendants deny the allegations contained in paragraph 36 of the Plaintiff's Complaint.

37.    Defendants deny the allegations contained in paragraph 36 of the Plaintiff's Complaint.

38.    Defendants deny the allegations contained in paragraph 36 of the Plaintiff's Complaint.

**WHEREFORE**, Defendants pray this Court will enter judgment in favor of Defendants and for such other relief as is just and equitable.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Defendants are entitled to qualified immunity for the actions alleged to have taken against the Plaintiff.

### SECOND DEFENSE

The Complaint and each alleged cause of action contained therein, is barred by the fact that any action taken against the Plaintiff were for a proper, business-related reason, which was neither arbitrary, capricious, nor unlawful.

### THIRD DEFENSE

All actions by the Defendants with regard to the Plaintiff were made in good faith compliance with applicable provisions of law, rules and regulations.

### FOURTH DEFENSE

Even if it is determined that the Defendants discriminated against the Plaintiff such discrimination was not based upon the Plaintiff's gender or any unlawful factor.

### FIFTH DEFENSE

Even if it is determined that the Defendants impermissibly considered the Plaintiff's gender or any unlawful factor in their decision to take an employment action with respect to the Plaintiff, the Defendants nevertheless would have taken the same action in the absence of the impermissible motive(s), thus barring the Plaintiff's claim in whole or in part.

### SIXTH DEFENSE

Even if it were determined that the Defendants impermissibly treated the Plaintiff differently, the actions taken by the Defendants did

not rise to the level of gender discrimination, thus barring the claims in of the Plaintiff's Complaint in whole or in part.

### SEVENTH DEFENSE

There is no basis in law or in fact on which the Plaintiff is entitled to recover damages against the Defendants.

### EIGHTH DEFENSE

To the extent that the Plaintiff has failed to mitigate her damages, her claim for damages is barred or subject to reduction.

### NINTH DEFENSE

Defendant Greg Seipel and Jay C. Bartlett were not the decision makers in regard to any action alleged to have been taken against Plaintiff.

### TENTH DEFENSE

Plaintiff's cause of action is barred, in whole or in part, by applicable statute of limitations, including but not limited to Title VI, 42 U.S.C. Section 2000 e-5(e)(1).

### ELEVENTH DEFENSE

Defendants' actions were not taken with malice and/or reckless indifference to Plaintiff's federally protected rights; therefore, Plaintiff is not entitled to punitive damages.

### TWELFTH DEFENSE

The Complaint, and each alleged cause of action contained therein, fails to state a claim upon which relief can be granted.

**WHEREFORE**, the Defendants pray that this Court dismiss the Complaint, with prejudice, grant Defendants their costs of suit and any other relief the court deems just.

### Defendants demand trial by jury.

Respectfully submitted,
CITY OF SPRINGFIELD, ILLINOIS,
GREG SEIPEL, JAY C. BARTLETT,
R. Todd Renfrow, and TIMOTHY J.
DAVLIN,
Defendants.

/s/    Frank Martinez
Bar Number: 6225562
Assistant Corporation Counsel
Attorney for the Defendants
City of Springfield
Room 313, Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1680
Telephone:  (217) 789-2393
Facsimile:   (217) 789-2397
Email:corporationcounsel@cwlp.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **LINDA GOETZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vi.** | ) | **CASE NO. 06-CV-3283** |
| | ) | |
| **THE CITY OF SPRINGFIELD, ILLINOIS,** | ) | |
| **a municipal corporation, GREG SEIPEL,** | ) | |
| **JAY C. BARTLETT, TODD RENFROW,** | ) | |
| **and TIMOTHY J. DAVLIN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2007, I electronically filed the **ANSWER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James P. Baker; and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: n/a

> **s/Frank Martinez**
> Bar Number 6225562
> Attorney for Defendants
> City of Springfield
> Assistant Corporation Counsel
> Room 313 Municipal Center East
> 800 East Monroe Street
> Springfield, Illinois 62701-1689
> Telephone:   (217) 789-2393
> Fax:              (217) 789-2397
> Email:          corporationcounsel@cwlp.com