IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LINDA GOETZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-3283 |
| ) | |
| THE CITY OF SPRINGFIELD, ILLINOIS, ) | |
| a municipal corporation, GREG SEIPEL, ) | |
| JAY C. BARTLETT, TODD RENFROW ) | |
| and TIMOTHY J. DAVLIN, ) | |
| ) | |
| Defendants. ) | |

**JOINT REPORT OF THE PARTIES OUTLINING A PLAN FOR DISCOVERY IN THE ABOVE PROCEEDING**

I. INTRODUCTION

The Plaintiff, Linda Goetz, by and through her attorney, James P. Baker, and the Defendants, The City of Springfield, Illinois, Greg Seipel, Jay C. Bartlett, Todd Renfrow, and Timothy Davlin, by and through their attorney, Office of Corporation Counsel, Frank Martinez, met as required under Rule 26(f) of the Federal Rules of Civil Procedure for the purpose of developing a proposed plan of discovery. As a result of those consultations a proposed discovery plan is submitted to this Court as required under the foregoing rules and the local rules of this Court.

II. SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. The parties shall make their initial disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure on or before February 28, 2008.

2. Third party actions and any amendments to the pleadings must be filed by February

28, 2008.  Cross claims and counterclaims shall be filed in accordance with the Federal Rules of Civil Procedure.

    3.  Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, as follows:

        a)  Plaintiff's expert(s): June 1, 2008;

        b)  Defendants' expert(s): August 1, 2008.

    4.  Depositions of expert witnesses must be taken by:

        a)  Plaintiff's expert(s): September 1, 2008;

        b)  Defendants' experts(s): November 1, 2008.

    5.  Discovery shall be completed by December 1, 2008.  Any written interrogatories or requests for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

    6.  All dispositive motions shall be filed by February 1, 2009.  Dispositive motions filed after this date **will not** be considered by the Court unless leave is granted by the Court.

    7.  The Scheduling and Discovery Conference may, at the discretion of the Magistrate Judge, be canceled if the Magistrate Judge approves the parties' proposed Scheduling and Discovery Order as submitted.

| | |
|---|---|
| CITY OF SPRINGFIELD, ILLINOIS, GREG SEIPEL, JAY C. BARTLETT, TODD RENFROW, and TIMOTHY DAVLIN, Defendants | LINDA GOETZ, Plaintiff |
| BY:  s/Frank Martinez (with permission)          Their Attorney<br>Frank Martinez<br>Office of Corporation Counsel<br>Municipal Center West #100<br>Springfield, Illinois 62701<br>(217) 789-2393 | BY  s/ James P. Baker          Her Attorney<br>James P. Baker<br>Baker, Baker & Krajewski LLC<br>415 South Seventh Street<br>Springfield, Illinois 62701<br>(217) 522-3445 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer Johnson
Corporation Counsel
Frank Martinez
Assistant Corporation Counsel
Office of Corporation Counsel
300 South Seventh Street, Room 100
Springfield, Illinois 62701

By:  s/ James P. Baker          
James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
E-mail: carenbakerlaw@sbcglobal.net