**E-FILED**
Wednesday, 18 June, 2008  04:54:45 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **LINDA GOETZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO. 06-CV-3283** |
| | ) | |
| **THE CITY OF SPRINGFIELD, ILLINOIS,** | ) | |
| **a municipal corporation, GREG SEIPEL,** | ) | |
| **JAY C. BARTLETT, TODD RENFROW,** | ) | |
| **and TIMOTHY J. DAVLIN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2008, I hand-delivered **DEFENDANT GREG SEIPEL'S RESPONSE TO PLAINTIFF'S INTERROGATORIES, DEFENDANT TODD RENFROW'S RESPONSE TO PLAINTIFF'S INTERROGATORIES, DEFENDANT CITY OF SPRINGFIELD, ILLINOIS' RESPONSE TO PLAINTIFF'S INTERROGATORIES, DEFENDANT TIMOTHY DAVLIN'S RESPONSE TO PLAINTIFF'S INTERROGATORIES, AND DEFENDANT JAY BARTLETT'S RESPONSE TO PLAINTIFF'S INTERROGATORIES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James P. Baker; and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: n/a

**s/Frank Martinez**
Bar Number 6225562
Attorney for Defendants
City of Springfield
Assistant Corporation Counsel
Room 313 Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689
Telephone:  (217) 789-2393
Fax:         (217) 789-2397
Email:       corporationcounsel@cwlp.com