E-FILED
Tuesday, 01 July, 2008  01:32:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LINDA GOETZ, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 06-CV-3283 |
| ) | |
| THE CITY OF SPRINGFIELD, ILLINOIS, ) | |
| a municipal corporation, GREG SEIPEL, ) | |
| JAY C. BARTLETT, TODD RENFROW, ) | |
| and TIMOTHY J. DAVLIN, ) | |
| ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE

      I hereby certify that on July 1, 2008, I mailed **Defendants' Initial Disclosures** to Plaintiff's counsel and filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James P. Baker; and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: n/a

      **s/Frank Martinez**
Bar Number 6225562
Attorney for Defendants
City of Springfield
Assistant Corporation Counsel
Room 313 Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689
Telephone:  (217) 789-2393
Fax:  (217) 789-2397
Email:  corporationcounsel@cwlp.com