**E-FILED**
Tuesday, 01 July, 2008  02:22:18 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LINDA GOETZ, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 06-CV-3283 |
| ) | |
| THE CITY OF SPRINGFIELD, ILLINOIS, ) | |
| a municipal corporation, GREG ) | |
| SEIPEL, JAY C. BARTLETT, TODD ) | |
| RENFROW and TIMOTHY DAVLIN, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2008, I hand-delivered **Defendant, City of Springfield's First Set of Interrogatories and Requests for Production of Documents** to James P. Baker; and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: n/a

**s/Frank Martinez**
Bar Number 6225562
Attorney for Defendants
City of Springfield
Assistant Corporation Counsel
Room 313 Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689
Telephone:  (217) 789-2393
Fax:          (217) 789-2397
Email:
corporationcounsel@cwlp.com