IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LINDA GOETZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 06-CV-3283 |
| | ) | |
| THE CITY OF SPRINGFIELD, ILLINOIS, | ) | |
| a municipal corporation, GREG SEIPEL, | ) | |
| JAY C. BARTLETT, TODD RENFROW, | ) | |
| and TIMOTHY J. DAVLIN, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, I hand-delivered **Defendants' Response to First Request to Produce** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James P. Baker; and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: n/a

        **s/Frank Martinez**
        Bar Number 6225562
        Attorney for Defendants
        City of Springfield
        Assistant Corporation Counsel
        Room 313 Municipal Center East
        800 East Monroe Street
        Springfield, Illinois 62701-1689
        Telephone:  (217) 789-2393
        Fax:             (217) 789-2397
        Email:          corporationcounsel@cwlp.com